ORIGINAL

JUN - 6 1997

FILED
NORTHERN DISTRICT OF TEXAS
JUN - 6 1997
NANCY DOHERTY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FREEMAN, et al., | § | |
| Plaintiffs, | § § § | |
| v. | § § | CIVIL ACTION NO. 3:96-CV-1108-X |
| CITY OF DALLAS, | § § | |
| Defendant. | § | |

## ORDER

Now before the Court are the Defendant's Motion For Summary Judgment filed on June 2, 1997 and Plaintiffs' Motion for Partial Summary Judgment Against the City on the Issue of Liability filed on June 2, 1997. After careful consideration of the motions, the filed materials and the applicable law, the Court determines that the motions should be, and are hereby, **DENIED**.

SO ORDERED
Dated: June 6, 1997.

_Joe Kendall_
JOE KENDALL
UNITED STATES DISTRICT JUDGE